796 A.2d 844

IN THE MATTER OF THOMAS W. GRIFFIN
AN ATTORNEY AT LAW.

May 9, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **THOMAS W. GRIFFIN** of **MORRIS PLAINS,** who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of one year effective August 11, 1999, by Order of this Court dated December 6, 2001, be restored to the practice of law, effective immediately.